**In re Darla THORPE.**

No. 2010–1021.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Walter J. Tencza, Jr., Law Office of Walter J. Tencza, Jr., of Edison, NJ, argued for appellant.

Benjamin D.M. Wood, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Thomas L. Stoll, Associate Solicitor.

GAJARSA, ARCHER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.